UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CRS, LLC,

        Plaintiff,

   v.

BITARTS, LTD., *et al.*,

        Defendants.

Case No. C05-0437L

ORDER REGARDING
MOTION TO CLARIFY

This matter comes before the Court on defendants' motion to clarify the Court's prior order denying their motion to stay discovery pending resolution of their motion to dismiss for lack of personal jurisdiction. Defendants request that the Court clarify whether they are now required to respond to discovery on various topics or only to discovery related to jurisdictional issues. Now that the Court has ruled on defendants' pending motion to dismiss for lack of personal jurisdiction, defendants' motion to clarify is DENIED as moot. (Dkt. #35).

DATED this 25th day of July, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REGARDING
MOTION TO CLARIFY